UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1: 20-cr-20242-PCH/JB

**UNITED STATES OF AMERICA**,

v.

**ANTHONY LUIS GALARZA,**

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** comes before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation on Change of Plea (the "R&R"), which she entered on September 10, 2021. [ECF No. 77]. In the R&R, Judge Becerra found that Defendant Anthony Luis Galarza, freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with conspiracy to possess with intent to distribute thirty kilograms of cocaine, in violation of Title 21, United States Code, Section 846, and Count II of the Indictment, which charges Defendant with attempt to possess with intent to distribute thirty kilograms of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, adjudicate Defendant guilty of Counts I and II, and subsequently conduct a sentencing hearing for final disposition of this matter. The Court has reviewed Judge Becerra's R&R and has been advised that the parties do not object to its recommendations. [ECF Nos. 78, 79]. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's Report and Recommendation on Change of Plea is **ADOPTED** and **AFFIRMED** in its entirety; (2) the Court accepts Defendant's plea of guilty and Defendant is hereby adjudged guilty as to Counts I and II of the Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Monday, November 22, 2021 at 2:00 PM**.

**DONE AND ORDERED** in Miami, Florida on Monday, September 13, 2021.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record